**FILED**
APR -5 2018
CLERK U.S. DISTRICT COURT
NORFOLK, VA

Lois Yankah
#71282
500 Foler Trail
N Prince George
VA 23860

Dear Clerk,

Please find attached the rest of my statement of claim and defendants. I had to mail them in two separate envelopes because the forms and additional sheets could not fit one envelope.

Thank you!

Sincerely

Lois Yankah

**RECEIVED**
MAR 28 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

B) Defendants

6) a) Sgt Nickleberry     Sergeant
    (Name)     (Title/Job Description)

c) 500 Fotar Trail
   (Address)
N Prince George
VA 23860

7) a) Lt Peterson     Lieutenant
    (Name)     (Title/Job Description)

c) 500 Fotar Trail
   (Address)
N Prince George
VA 23860

On 1/5/18 excessive force was used by officers to assault, physically abuse and torture me under orders by Sgt Nickleberry and Lt Peterson while I was sick and waiting to be seen by a medical staff for a condition that requires surgery; my second cruel and unusual punishment for raising my bond issue again and stating that the state needed to look into the tax dollars they spend supporting the jail's decision to dishonor judges and decisions made in court for my release because of immigration, a national origin issue. This was another adverse action they took against me in retaliation to speaking against their discriminatory practices.

Every inmate in my pod that night was released from their cells to use the dayroom and showers except me. They all received their scheduled medication during medication pass except me. Later that evening I was woken up from my sleep to get dressed to go to medical. When I was done dressing I was asked to present my arms to be handcuffed. There were at least 7 officers at my door and a small camera recording. When I reached the waiting area of the infirmary Lt Peterson gave orders for 2 male officers, one on each arm to drag me out while in handcuffs. In the middle of the hallway he ordered for me to be thrown on the floor. Moments after officers used force to restrain me to the floor, he ordered for me to

be restrained to a chair while passing in and out of conciousness, vomiting and complaining of excruciating pain. Hours later Sgt Nickleberry took a pair of scissors, started cutting and ripping my clothes from my body. Upon her orders other officers joined in. They stipiled my dignity by stripping me naked in front of men and a camera. They left me on the floor naked, bruised, bleeding and paralyzed from my waist down in addition to symptoms I was suffering from my medical condition. ~~Unreadable~~ Earlier that night I showed both Sgt Nickleberry and Lt Peterson the amount of blood I was loosing, the vomit, and the need to see a medical staff for the excruciating pain and the medication I missed earlier. They were the ones who informed me I was scheduled to see the doctor the next day which was a lie. I requested a phonecall from Lt Peterson that night to arrange for my bond to be posted. I was even willing to give him the contact to make the call on my behalf for whatever their reason was for locking me down while everyone else was out. He walked away.

Through the help of another inmate I was able to speak directly with my family. My parents deposited another bond money with extra to pay for phonecalls in my inmate account. When bondsmen contacted the jail on my behalf they were informed

I was not getting released if they post my bond because of an ICE detainer. If they had an ICE detainer it is stated:

"IT IS THEREFORE REQUESTED THAT YOU:
- Maintain custody of the alien for a period NOT TO EXCEED 48 HOURS beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien must be served with a copy of this form for the detainer to take effect."

They purposely gave bondsmen inaccurate information to discourage them from posting my bond. The jail took my second bond money in my account to pay for the $3 a day daily room and board fee they charge inmates.

In summary I was denied freedom the court of law gave me through a bond because I am an immigrant. I was denied accomodations I needed to post bond, an opportunity other inmates were given that made me feel discriminated against. Adverse actions were taken against me in retaliation to speaking against their discriminatory practices. The punishments I received were cruel and unusual. First on 12/11/17 and on 1/5/18. On both dates before I was punished, I requested for a bond call and made statements speaking against their discriminatory practices.